UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    09CV3162 (CM)(HBP)

SEAN THOMAS,

      Plaintiff,

  -against-                                 **NOTICE OF MOTION**

THE CITY OF NEW YORK, SERGEANT STEPHEN
KELLY, shield #2057, POLICE OFFICER BRIAN
SHEA, shield #13360, POLICE OFFICER MICHAEL
MORENO, shield #5339, POLICE OFFICER LENNOX
CORLETTE, shield #2845, POLICE OFFICER OSCAR
PEREZ, shield #7650, POLICE OFFICER MICHAEL
MCAULLIFE, shield #1676, POLICE OFFICER
THOMAS DEKOKER, shield #15364, POLICE OFFICER
ANGELA POLANCOBRITO, shield #4956, SERGEANT
SASHA ROSEN, shield #5061, POLICE OFFICERS
JANE/JOHN DOE,

      Defendants.

-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that plaintiff SEAN THOMAS, upon the Memorandum of Law with Exhibits A and B, dated June 7, 2012, and upon all prior pleadings and proceedings had herein, will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court for an order granting plaintiff's motions *in limine*.

Dated: New York, New York
       June 7, 2012

                                By: Ryan H. Asher
                                ASHER & ASSOCIATES, P.C.
                                Attorneys for Plaintiff
                                111 John Street
                                Suite 1200

New York, New York  10038
(212) 227-5000

TO:
Raju Sundaran, Esq. (via ECF and email)
MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendants
100 Church Street, Room 3-165
New York, New York 10007
(212) 788-0467