UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    09CV3162 (CM)(HBP)

SEAN THOMAS,

        Plaintiff,                                                   **PLAINTIFF'S PROPOSED**
                                                                         **VERDICT SHEET**

  -against-

THE CITY OF NEW YORK, SERGEANT STEPHEN
KELLY, shield #2057, POLICE OFFICER BRIAN SHEA,
shield #13360, POLICE OFFICER MICHAEL MORENO,
shield #5339, POLICE OFFICER LENNOX CORLETTE,
shield #2845, POLICE OFFICER OSCAR PEREZ,
shield #7650, POLICE OFFICER MICHAEL MCAULLIFE,
shield #1676, POLICE OFFICER THOMAS DEKOKER,
shield #15364, POLICE OFFICER ANGELA POLANCOBRITO,
shield #4956, SERGEANT SASHA ROSEN, shield #5061,

        Defendants.

------------------------------------------------------------------x

Your verdict in this case will be determined by your answers to the following questions. Make sure that you read the questions and notes carefully because they explain the order in which the questions should be answered and which questions may be skipped. Your general verdict and your answers to the special questions must be unanimous and must reflect the conscientious judgment of each juror.

1. Do you find by a preponderance of the evidence that the events surrounding plaintiff's arrest, particularly striking his hand with an object, grabbing him, throwing him to the ground in the snow, kicking him and stepping on his hair occurred substantially as plaintiff contends?

| | | |
|---|---|---|
| Striking his hand with an object? | YES_____ | NO_____ |
| Grabbing him? | YES_____ | NO_____ |
| Throwing him to the ground? | YES_____ | NO_____ |
| Holding him in the snow? | YES_____ | NO_____ |
| Kicking him? | YES_____ | NO_____ |

1

    Stepping on his hair?        YES \_\_\_\_    NO\_\_\_\_

2. Do you find by a preponderance of the evidence that any of the defendants committed an assault and battery upon the plaintiff?

    \_\_\_\_\_    \_\_\_\_\_
    YES     NO

3. Do you find by a preponderance of the evidence that defendants intentionally used excessive force against the plaintiff when arresting him?

    \_\_\_\_\_    \_\_\_\_\_
    YES     NO

If the answer to question 3 is "yes," proceed to question 4.

If the answer to the above question 3 is "no," please proceed to question 5.

4. If you answered yes to question 3, which defendant(s) used excessive force against the plaintiff when arresting him?

| | | |
|---|---|---|
| KELLY | YES\_\_\_\_ | NO\_\_\_\_ |
| SHEA | YES\_\_\_\_ | NO\_\_\_\_ |
| MORENO | YES\_\_\_\_ | NO\_\_\_\_ |
| CORLETTE | YES\_\_\_\_ | NO\_\_\_\_ |
| PEREZ | YES\_\_\_\_ | NO\_\_\_\_ |
| MCAULLIFE | YES\_\_\_\_ | NO\_\_\_\_ |
| DEKOKER | YES\_\_\_\_ | NO\_\_\_\_ |
| POLANCOBRITO | YES\_\_\_\_ | NO\_\_\_\_ |
| ROSEN | YES\_\_\_\_ | NO\_\_\_\_ |

5. Do you find by a preponderance of the evidence that defendants intentionally used excessive force against the plaintiff when handcuffing him?

    \_\_\_\_\_    \_\_\_\_\_
    YES     NO

2

If the answer to question 5 is "yes," proceed to question 6.

If the answer to the above question 5 is "no," please proceed to question 7.

6. If you answered yes to question 5, which defendant(s) used excessive force against the plaintiff when handcuffing him?

| | | |
|---|---|---|
| KELLY | YES_____ | NO_____ |
| SHEA | YES_____ | NO_____ |
| MORENO | YES_____ | NO_____ |
| CORLETTE | YES_____ | NO_____ |
| PEREZ | YES_____ | NO_____ |
| MCAULLIFE | YES_____ | NO_____ |
| DEKOKER | YES_____ | NO_____ |
| POLANCOBRITO | YES_____ | NO_____ |
| ROSEN | YES_____ | NO_____ |

7. Do you find by a preponderance of the evidence that defendants intentionally used excessive force against the plaintiff when taking him to the police vehicle?

YES _____   NO _____

If the answer to question 7 is "yes," proceed to question 8.

If the answer to the above question 7 is "no," please proceed to question 9.

8. If you answered yes to question 7, which defendant(s) used excessive force against the plaintiff when taking him to the police vehicle?

| | | |
|---|---|---|
| KELLY | YES_____ | NO_____ |
| SHEA | YES_____ | NO_____ |
| MORENO | YES_____ | NO_____ |

3

| | | |
|---|---|---|
| CORLETTE | YES_____ | NO_____ |
| PEREZ | YES_____ | NO_____ |
| MCAULLIFE | YES_____ | NO_____ |
| DEKOKER | YES_____ | NO_____ |
| POLANCOBRITO | YES_____ | NO_____ |
| ROSEN | YES_____ | NO_____ |

9. Do you find by a preponderance of the evidence that defendants did not have probable cause to detain or arrest the plaintiff?

        _____        _____
        YES        NO

If the answer to question 9 is "yes," proceed to question 10.

If the answer to the above question 9 is "no," please proceed to question 11.

10. If you answered yes to question 9, which defendant(s) did not have probable cause to detain or arrest the plaintiff?

| | | |
|---|---|---|
| KELLY | YES_____ | NO_____ |
| SHEA | YES_____ | NO_____ |
| MORENO | YES_____ | NO_____ |
| CORLETTE | YES_____ | NO_____ |
| PEREZ | YES_____ | NO_____ |
| MCAULLIFE | YES_____ | NO_____ |
| DEKOKER | YES_____ | NO_____ |
| POLANCOBRITO | YES_____ | NO_____ |
| ROSEN | YES_____ | NO_____ |

4

11. Do you find by a preponderance of the evidence that the actions or conduct of any defendant was a proximate cause of damages sustained by the plaintiff?

    _____     _____
     YES         NO

If the answer to question 11 is "yes," proceed to questions 12 through 16.

12. State separately the amount of damages, if any, you award to the plaintiff from the time of the occurrence up to the date of your verdict for:

    (a) Pain, suffering and emotional distress        $ _____

    (b) Loss of earnings                              $ _____

13. State the amount of damages, if any, you award to the plaintiff for future pain and suffering and emotional distress:        $ _____

    State the number of years the future pain and suffering will continue: _____

14. State the amount of economic damages, if any, you award to the plaintiff for future loss of earnings:        $ _____

    State the number of years during which such loss will be incurred: _____

15. Do you find that any of the defendants acted with malicious intent to violate plaintiff's rights, or with callous or reckless disregard of plaintiff's rights, such that an award of punitive damages is warranted?

    _____     _____
     YES         NO

If the answer to question 15 is "yes," proceed to question 16.

If the answer to the above question 15 is "no," you are to answer no further questions.

16. If you answered yes to question 15, indicate which defendant(s) acted with malicious intent to violate plaintiff's rights, or with callous or reckless disregard of plaintiff's rights, such that an award of punitive damages is warranted and the amount awarded. If you decide not to make an award of punitive damages, insert the word "none" next to that defendant's name.

KELLY        _____

SHEA         _____

MORENO       _____

5

CORLETTE      _____

PEREZ         _____

MCAULLIFE     _____

DEKOKER       -_____

POLANCOBRITO  _____

ROSEN         _____

_____                              _____
FOREPERSON                                      DATE